FILED
United States Court of Appeals
Tenth Circuit

April 2, 2018

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UTAH REPUBLICAN PARTY,<br><br>    Plaintiff - Appellant,<br><br>and<br><br>UTAH DEMOCRATIC PARTY,<br><br>    Plaintiff Intervenor,<br><br>v.<br><br>SPENCER J. COX, in his official capacity as Lieutenant Governor of Utah,<br><br>    Defendant - Appellee. | No. 16-4091 |

_____

| | |
|---|---|
| UTAH REPUBLICAN PARTY,<br><br>    Plaintiff,<br><br>and<br><br>UTAH DEMOCRATIC PARTY,<br><br>    Intervenor Plaintiff - Appellant,<br><br>v.<br><br>SPENCER J. COX, in his official capacity as Lieutenant Governor of Utah,<br><br>    Defendant - Appellee. | No. 16-4098 |

_____

**ORDER**

_____

This matter is before the court on Appellant Utah Republican Party's *Motion to Extend Deadline for Filing Petition for Rehearing and Rehearing En Banc*. The motion is granted. The petition for rehearing and rehearing en banc, if any, shall be filed and served on or before April 18, 2018. No further extensions will be granted on the Clerk's authority. Counsel is cautioned that future motions not in compliance with 10th Cir. R. 27.5(F) may be denied.

                                        Entered for the Court

                                        ELISABETH A. SHUMAKER, Clerk