# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| UTAH REPUBLICAN PARTY, et al.,<br><br>    Plaintiff-Appellant,<br><br>UTAH DEMOCRATIC PARTY,<br><br>    Plaintiff Intervenor,<br><br>v.<br><br>SPENCER J. COX,<br><br>    Defendant-Appellee. | No. 16-4091<br>(D.C. No. 2:16-CV-00037-DN)<br>(D. Utah) |
| UTAH REPUBLICAN PARTY,<br><br>    Plaintiff,<br><br>UTAH DEMOCRATIC PARTY,<br><br>    Intervenor Plaintiff - Appellant,<br><br>v.<br><br>SPENCER J. COX,<br><br>    Defendant - Appellee. | No. 16-4098<br>(D.C. No. 2:16-CV-00038-DN)<br>(D. Utah) |

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Pursuant to Local Rule 27.5, Appellant Utah Republican Party ("URP") respectfully moves the Court to extend the current briefing schedule by thirty (30) days for all parties. Currently, URP's and the Utah Democratic Party's ("UDP") opening briefs are due September 27, 2016. Counsel for UDP and Appellee Spencer J. Cox have indicated that they do not oppose the requested extension. Good cause exists for the requested extension as follows.

Counsel for URP is currently engaged in an unrelated criminal trial in the matter of *United States v. Bundy, et al.*, Case No. 3:16-cr-0051-BR (D. Oregon). Since the Court's scheduling order was issued on or about August 18, 2016, counsel has been heavily engaged in pretrial preparations and hearings, requiring counsel to travel back and forth between Oregon and Utah on several occasions. More importantly, the actual trial began approximately one week ago, on September 7, 2016. The trial is currently scheduled to last for the next several weeks, and even months if necessary. Due to the *Bundy* trial, among other things, URP will not be able to complete its opening brief by the September 27 deadline, even with the exercise of due diligence.

In light of the foregoing, URP requests, and the other parties agree, that URP and UDP should have up to and including October 27, 2016 by which to file their respective opening briefs.

Respectfully submitted this 15th day of September, 2016.

/s/ Marcus R. Mumford
Marcus R. Mumford
MUMFORD PC
405 S. Main Street, Suite 975
Salt Lake City, Utah 84111
mrm@mumfordpc.com
(801) 428-2000
Counsel for Utah Republican Party

**APPROVED AS TO FORM:**

/s/ Charles A. Stormont (with permission)
Charles A. Stormont
FABIAN VANCOTT
215 State Street, Suite 1200
Salt Lake City, Utah 84111
cstormont@fabianvancott.com
(801) 531-8900
Counsel for Utah Democratic Party

/s/ Tyler R. Green (with permission)
Tyler R. Green
Utah Solicitor General
Office of the Utah Attorney General
350 N. State Street, Suite 230
Salt Lake City, Utah 84114
tylergreen@utah.gov
(801) 538-9600

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on September 15, 2016.

      I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

      /s/ Marcus R. Mumford

## **CERTIFICATE OF DIGITAL SUBMISSION**

I hereby certify that with respect to the foregoing:

(1)   All required privacy redactions have been made per 10th Cir. R. 25.5;

(2)   If required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3)   The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Windows Defender last updated September 13, 2016, and according to the program are free of viruses.

/s/ Marcus R. Mumford