FILED  
United States Court of Appeals  
Tenth Circuit

October 24, 2016

Elisabeth A. Shumaker  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UTAH REPUBLICAN PARTY,

    Plaintiff - Appellant,

and

UTAH DEMOCRATIC PARTY,

    Plaintiff Intervenor,

v.                                                                              No. 16-4091

SPENCER J. COX, in his official capacity as Lieutenant Governor of Utah,

    Defendant - Appellee.

_____

## ORDER
_____

    This matter is before the court on appellant's motion for extension of time until January 31, 2017 to file the opening brief in this appeal. The request is denied. Alternatively, at the direction of the court, we grant an extension for an additional 30 days. Appellant's brief and appendix shall be served and filed on or before November 28, 2016. No further extensions will be granted.

                              Entered for the Court

                              ELISABETH A. SHUMAKER, Clerk