# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 11, 2018

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Utah Republican Party
           v. Spencer J. Cox, Lieutenant Governor of Utah, et al.
           No. 18-450
           (Your No. 16-4091, 16-4098)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 9, 2018 and placed on the docket October 11, 2018 as No. 18-450.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Jacob A. Levitan
                        Case Analyst